# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>　　　　　　　　　*Plaintiff,* <br> v. <br><br> **ROBERTO CASTANON**, <br><br>　　　　　　　　　*Defendant,* <br> and <br><br> **NEW YORK LIFE INSURANCE,** <br> **and its successors or assigns,** <br><br>　　　　　　　　　*Garnishee.* | Hon. William H. Walls <br><br> CRIMINAL No. 10-237 <br><br> **GARNISHEE ORDER** |

　　　　An Application and Order for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued. The Garnishee waived service of the Writ of Garnishment by United States Marshal and accepted service by federal express mail. Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had in his possession, custody or under his control, personal property belonging to and due defendant, and that garnishee was

indebted to the defendant in the sum of $9,547.00. For the reasons outlined in the accompanying opinion,

IT IS ORDERED that the garnishee liquidate the defendant's life insurance policy so that it may be applied to the defendant's financial obligation to the United States of America.

IT IS ORDERED that the Defendant's Motion to Quash the Writ of Garnishment is DENIED.

DATED: April 24, 2012

/s William H. Walls
HON. WILLIAM H. WALLS, JUDGE
UNITED STATES DISTRICT COURT